UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GAUDENCIO GARCIA-CELESTINO, RAYMUNDO CRUZ-VICENCIO, RAUL ISMAEL ESTRADA-GABRIEL, DANIEL FERRO-NIEVES, JOSE MANUEL FERRO-NIEVES, FELIPE ANGELES GALLARDO, SIMON GUZMAN-ROMERO, FRANCISCO MATA-CRUZ, ERNESTO AGUILAR-BOCANEGRA, PORFIRIO AGUILAR-FABIAN, MIGUEL AGUILAR-GUERRERO, RODOLFO CABALLERO-PALACIO, PORFIRIO CAMACHO-GARCIA, REYNALDO CAMACHO-GARCIA, EMANUEL CAMACHO-LINARES, EDUARDO FLORES-AGUILAR, ESIQUIO GARCIA-MARTINEZ, J. CARMEN GONZALEZ-CABALLERO, JUVENAL GONZALEZ-JUAREZ, ESPIRIDION GONZALEZ-MARTINEZ, PASCUAL GUERRERO-FABIAN, ANTONIO MARTINEZ, PROCORO MARTINEZ-AGUILAR, ALFREDO MORA-MARTINEZ, ALVARES JUAQUIN RESENDIZ-ALVARES, JESUS ROJAS MALDONADO, JOSE JESUS ROMERO ROJAS, MARTIN RUIZ-OLANDEROS, RAMON RUIZ-LANDEROS, REYNALDO SANCHEZ-IBARRA, PALEMON SANCHEZ-HUERTA, MIGUEL SANCHEZ-MORALES, URBANO SANCHEZ-RODRIGUEZ, LEOPOLDO TREJO-CARRILLO, ISRAEL UGALDE-EGUIA, ROBERTO VASQUEZ-ESCOBAR and LUIS VEGA-CAMACHO, individually and on behalf of all other persons similarly situated

       Plaintiffs,

v.                                                   Case No: 2:10-cv-542-FtM-38DNF

CONSOLIDATED CITRUS LIMITED
PARTNERSHIP,

      Defendant.
                                   /

## **ORDER**

This matter comes before the Court on a Status Conference hearing held on December 16, 2013. Victoria Mesa, Esq., and Gregory Schell, Esq., appeared via telephone on behalf of the Plaintiffs. David Stefany, Esq., appeared via telephone on behalf of the Defendants. The Court discussed the status of the case and the parties' readiness for trial. Defense Counsel moved the Court for an extension to the deadline to file Motions in Limine to five (5) days after the Court rules on liability issues. Opposing Counsel did not object to an extension to the deadline. Further, the parties requested additional time to file the Joint Pretrial Statement and an extension to the Final Pretrial Conference. The Court grants the relief requested as discussed in the hearing and as outlined below.

    Accordingly, it is now

    **ORDERED:**

(1) The Motion in Limine deadline shall be extended to five (5) days after the entry of an Order by the Court addressing the pending liability issues.

(2) The deadline to file the Joint Final Pretrial Statement shall be extended to **JANUARY 6, 2014**.

(3) The Final Pretrial Conference set for January 6, 2014 is **CANCELLED**. The Final Pretrial Conference is rescheduled for **JANUARY 23, 2013 at 1:30 P.M.**

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of December, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record