UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GAUDENCIO GARCIA-CELESTINO, *et al.*, individually and on behalf of all other persons similarly situated

        Plaintiffs,

v.                                                                                    Case No: 2:10-cv-542-FtM-38DNF

CONSOLIDATED CITRUS LIMITED PARTNERSHIP,

        Defendant.
_____/

### ORDER

This matter comes before the Court on the upcoming bench trial currently scheduled for the February 3, 2014 trial term before the undersigned. As the parties requested a date certain, the case will be reassigned to visiting District Judge Marvin E. Aspen, United States District Court Judge for the Northern District of Illinois to conduct the final pretrial conference and trial proceedings. Based upon the re-assignment, the hearing dates have been changed as outlined below.

Accordingly, it is now

**ORDERED**:

1. The Clerk of Court is directed to re-assign the case to The Hon. Marvin E. Aspen for trial purposes.

2. The final pre-trial conference before the undersigned scheduled for January 23, 2014, is hereby **CANCELLED**.

3. Responses to any motions *in limine* shall be filed on or by **January 28, 2014**.

4. The parties shall also file a joint statement, no later than **January 28, 2014**, informing the Court of the general history and status of any settlement negotiations.

5. Proposed findings of fact and conclusions of law shall be filed on or by **February 4, 2014**.

6. The final pretrial conference will be held before the Honorable Marvin E. Aspen on **February 12, 2014,** at 9:30am in Courtroom D, United States Courthouse and Federal Building, 2110 First Street Fort Myers, FL 33901.

7. The bench trial in this matter will begin immediately following the final pretrial conference on **February 12, 2014** unless otherwise directed.

8. Counsel is encouraged to contact Leslie Friedmann, Courtroom Deputy, at 239-461-2068 to arrange for a tutorial on the courtroom technology for use during trial.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of January, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record
        The Honorable Marvin E. Aspen