UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| GAUDENCIO GARCIA-CELESTINO, *et al.,* individually and on behalf of all other persons similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 2:10 C 542 – MEA – MRM Hon. Marvin E. Aspen |
| v. | ) ) | |
| CONSOLIDATED CITRUS LIMITED PARTNERSHIP, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

MARVIN E. ASPEN, District Court Judge:

We have reviewed Plaintiffs' notification concerning the anticipated length and scope of the evidentiary hearing currently scheduled to begin Monday, January 11, 2016 in Fort Myers. (Dkt. No. 236.) Consistent with Plaintiffs' representations, we will set aside two full days for the evidentiary hearing.

In addition, we order the parties to brief the legal question identified in Plaintiffs' notification. Specifically, the parties shall address the applicability of the Supreme Court's *Integrity Staffing Solutions, Inc. v. Busk* decision to Plaintiffs' gate deduction claims, including claims based on the time spent in decontamination procedures and on the time spent in travel from the grove gate to/from the guestworkers' actual picking sites. 135 S. Ct. 513, 518–19 (2014). The parties shall each file a brief discussing the impact of *Integrity Staffing Solutions* on or by December 3, 2015. Response briefs may be filed on or by December 8, 2015.

1

The parties shall inform the Court immediately of any discovery disputes related to the gate deduction claims, changes to the estimated length of the hearing, or other pertinent developments.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated: November 19, 2015
       Chicago, Illinois