UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| GAUDENCIO GARCIA-CELESTINO, *et al.,* individually and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CONSOLIDATED CITRUS LIMITED PARTNERSHIP,<br><br>    Defendant. | 2:10 C 542 – MEA – MRM<br>Hon. Marvin E. Aspen |

### ORDER

MARVIN E. ASPEN, District Court Judge:

  We have reviewed the parties' joint notice of stipulation concerning damages. (Dkt. No. 238.)  The parties report that they have reached agreement as to the amount of damages owed to the Plaintiffs and class members.  (*Id.* at 1.)  The parties also state that Plaintiffs intend to dismiss claims for any additional compensation based on intragrove travel. (*Id.*)  The parties indicate that they will have the final damages calculations complete by January 11, 2016.  (*Id.* at 2.)  The parties report that they intend to jointly move to defer the deadline for Plaintiffs to seek costs and fees until after any appeal.  (*Id.*)  Finally, they explain that their anticipated stipulation obviates the need for additional briefing and the previously-scheduled evidentiary hearing.  (*Id.*)  As a result, we strike the pending briefing schedule as well as the two-day evidentiary hearing scheduled to begin January 11, 2016.

  In lieu of the evidentiary hearing, we hereby schedule a hearing on the intended stipulations and partial motion to dismiss.  The parties shall present their stipulations and Plaintiffs' partial motion for voluntary dismissal in open court on January 11, 2016 at 10 a.m.

2

The parties shall also file any additional motions as to procedural issues at that time, if they are not filed beforehand.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated: December 4, 2015
Chicago, Illinois

2