```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF FLORIDA
                FORT MYERS DIVISION


GAUDENCIO GARCIA-CELESTINO, et )
al., Individually and on       )
Behalf of All Other Persons    )
Similarly Situated,            )
                               )
        Plaintiffs,             )
                               )
    vs.                        )   CASE NO. 2:10-CV-542-MEA-DNF
                               )
CONSOLIDATED CITRUS LIMITED    )
PARTNERSHIP,                   )
                               )
        Defendant.             )
                               )
```

TRANSCRIPT OF FINAL PRETRIAL CONFERENCE
BEFORE THE HONORABLE MARVIN E. ASPEN
WEDNESDAY, FEBRUARY 12, 2014; 10:30 A.M.
FORT MYERS, FLORIDA


**FOR THE PLAINTIFFS:**
   Migrant Farmworker Justice Project
   BY: VICTORIA MESA and GREGORY SCOTT SCHELL
   508 Lucerne Avenue
   Lake Worth, Florida  33460

FOR THE DEFENDANT:
   Allen Norton & Blue
   BY: DAVID J. STEFANY and SHAINA THORPE
   324 S. Hyde Park Avenue, Suite 225
   Tampa, Florida  33606

---

**R. JOY STANCEL, RMR-CRR**
Federal Official Court Reporter
2110 First Street
Fort Myers, Florida  33901
Proceedings recorded by mechanical stenography.
Transcript produced by computer.

1                  (Call to Order of the Court)
2                  DEPUTY CLERK:  Calling Case Number
3     2:10-CV-542-MEA-DNF, Garcia Celestino, et al., versus Ruiz
4     Harvesting.
5                  THE COURT:  Good morning, identify yourselves for the
6     record, please.
7                  MS. MESA:  Good morning, Your Honor.  Victoria Mesa
8     and Greg Schell for the plaintiffs from Florida Legal Services.
9                  MR. STEFANY:  Your Honor, David Stefany and Shaina
10    Thorpe from the law firm of Allen Norton & Blue for the
11    defendant, Consolidated Citrus Limited Partnership.
12                 THE COURT:  Okay.  Can you see me?  I can barely see
13    you over all these monitors, but as long as you can see me --
14                 MR. STEFANY:  We can see you.
15                 MS. MESA:  Yes.
16                 THE COURT:  Okay, good.  I wanted to discuss with
17    you, we will start the trial tomorrow and I wanted to also tell
18    you, give you some idea as to the times we're going to be in
19    court so you can plan your witnesses accordingly.  I'm going to
20    start at 1 today and finish somewhere between 4, 4:30.
21    Tomorrow, we will start at 9:30 and finish around 4, and on
22    Friday, we'll start at 9:30 and finish around 12:30.  Since we
23    don't have a jury, I intend to just go right through, but if --
24    when any of you feel it's appropriate to take a short recess,
25    just feel free to let me know and we'll do that.  All right?

```
 1                MR. STEFANY:  Yes, Your Honor.
 2                MS. MESA:  Yes, sir.
 3                THE COURT:  With that schedule, how many more days do
 4   you anticipate next week we're going to need to put all the
 5   evidence in?
 6                MS. MESA:  From the plaintiffs' side, Your Honor, I
 7   think we believe we need an additional day, day and a half.  We
 8   were expecting to go all day Friday, so if we're going to be
 9   cutting it at 12:30, we will have to wait until next Tuesday.
10                THE COURT:  Another day and a half?
11                MS. MESA:  I would say an entire day, Tuesday, and I
12   doubt we have to go to Wednesday morning.
13                MR. STEFANY:  Your Honor, for the defendant, it's our
14   expectations from pretrial discussions with plaintiffs' counsel
15   that they essentially will be calling all of our witnesses and
16   in many cases, we will be able to cover, I believe, for the
17   courtesy of some of the witnesses so they don't have to travel
18   back to Fort Myers, some of the information that we would
19   elicit from them.  So at most, a half a day for us, if at all.
20                THE COURT:  So you're thinking we will conclude all
21   the evidence either on Tuesday or Wednesday?
22                MR. STEFANY:  Yes, Your Honor.
23                THE COURT:  Okay.  I will also, if you wish -- and
24   excuse me for not remembering.  Did I send you an order as to
25   opening statements and closing arguments?
```

4

1              MR. STEFANY:  Not a specific order.
2              THE COURT:  All right.  It's my practice in bench
3   trials to let you have some time for an opening if you wish.
4   Would the plaintiff like that?
5              MS. MESA:  Yes, Your Honor.
6              THE COURT:  How much time do you think you'd need?
7              MS. MESA:  No more than 20 minutes.
8              THE COURT:  Defense?
9              MR. STEFANY:  About the same, Your Honor.  I think
10  your law clerk had indicated maybe 10 minutes, but 20 minutes
11  probably is better.
12             THE COURT:  No, 20 minutes each is fine.  And I guess
13  that's why I didn't remember; you did talk to the lawyers about
14  that.  And how much time were you anticipating for closing?
15             MS. MESA:  I would say 30 to 45 minutes from the
16  plaintiffs.
17             THE COURT:  The same?
18             MR. STEFANY:  That's fine, Your Honor.
19             THE COURT:  Okay.  And then as to post-trial briefs,
20  would you like to submit them, as well?
21             MR. STEFANY:  Your Honor, since we've submitted
22  pretrial proposed findings of fact --
23             THE COURT:  I have all your findings and conclusions.
24  I have everything you filed already and will look at, but
25  sometimes at the close of a trial, maybe some other legal

```
 1  issues or maybe there's some other factual matters that you
 2  might want to argue and have the record available to you at
 3  that time to put in writing, and should you wish to do that --
 4  and I'm not suggesting I want you to -- but if you'd like to,
 5  I'll set a briefing schedule at the close of the case.
 6          MR. STEFANY:  Your Honor, that's fine.  I believe as
 7  long as it's limited to, say, new things that came up --
 8          THE COURT:  Oh, absolutely.
 9          MR. STEFANY:  I don't want to rehash and I don't
10  think you want us to, either.
11          THE COURT:  No, I don't want you to regurgitate
12  anything that you've presented already, but in case there are
13  any new legal issues or facts that you don't anticipate that
14  come out on trial, I certainly want you to have adequate time
15  to do any additional research and get the references from the
16  record if you need them.
17          MR. STEFANY:  That would be fine, Your Honor.
18          MS. MESA:  That would be fine, Your Honor.
19          THE COURT:  Then we have, contingently, one remaining
20  issue that we'll have to set a discovery schedule on if need
21  be, and we will do that, as well as set a time for you to bring
22  any additional witnesses in to conclude the testimony.
23          Have I missed anything?
24          MR. STEFANY:  No, Your Honor.
25          MS. MESA:  No, Your Honor.
```

```
 1                THE COURT:  Okay, I will --
 2                MS. MESA:  Your Honor, I'm sorry, before we leave, I
 3   just want to make sure, I mean, the defendant is aware of this,
 4   but we have two of the plaintiffs came all the way from Mexico;
 5   so they'll be here.  They have arrived and they'll be here
 6   until Saturday morning, and I just wanted to share that with
 7   the plaintiff, so in case any discovery needs to be taken
 8   between those days, they're able.
 9                MR. STEFANY:  Okay.
10                THE COURT:  I'm sorry, I missed a little bit of that.
11   You say you have two witnesses who are here from Mexico?
12                MS. MESA:  Correct, Your Honor, and they're leaving
13   on Saturday so they'll be available for any discovery on the
14   second issue we have bifurcated.  They will be available and
15   there's two remaining plaintiffs that will be in Florida until
16   June.
17                THE COURT:  All right.  Well, you'll have certainly
18   Friday afternoon to do that, so that might work out just fine,
19   with the schedule that we have planned.
20                MR. STEFANY:  That would be fine, Your Honor.
21                THE COURT:  Anything else?
22                MS. MESA:  No, Your Honor.
23                THE COURT:  All right.  Let me say I think you've
24   done a great job in the pretrial material and I would prefer --
25   and I think it's going to be doable -- not to have a lot of
```

1  interruptions for long discussions on evidentiary matters,
2  unless there's something extremely crucial for you, during the
3  questioning testimony.  I'd like you to make your objections
4  and if there's something that cannot be determined immediately,
5  ruled upon immediately, I simply will let you know I'm taking
6  it under advisement and we'll let the testimony in so that we
7  can get all the testimony in without having to delay the trial.
8  All right?
9         MR. STEFANY:  That's fine, Your Honor.
10         THE COURT:  Okay.  Thank you.  I'll see you at 1.  We
11  have a recess until 11:00.
12         DEPUTY CLERK:  All rise.  This honorable court will
13  be in recess until 11.
14         (Proceedings concluded at 10:45 a.m.)
15
16                          CERTIFICATE
17         I, R. Joy Stancel, Federal Official Realtime Court
Reporter in and for the United States District Court for the
18  District of Alaska, do hereby certify that the foregoing
transcript is a true and accurate transcript from the original
19  stenographic record in the above-entitled matter and that the
transcript page format is in conformance with the regulations
20  of the Judicial Conference of the United States.
21    Dated this 8th day of March, 2016.
22                              /s/ R. Joy Stancel
                       _____
23                          R. JOY STANCEL, RMR-CRR
                       FEDERAL OFFICIAL COURT REPORTER
24
25