UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

_____
                                                         )
**GAUDENCIO GARCIA-CELESTINO,**       )
*et al.*, **individually and on behalf of all**   )
**other persons similarly situated,**        )
                                                         )
        **Plaintiffs,**                          )
                                                         )
**v.**                                                 )   No.: 2:10-cv-542-MEA-MRM
                                                         )
**CONSOLIDATED CITRUS LIMITED**    )
**PARTNERSHIP,**                            )
                                                         )
        **Defendant.**                          )
_____)

## JUDGMENT ORDER

Following remand, this Court hereby enters this final judgment order in this action. This final judgment incorporates the Court's findings of fact and conclusions of law as to the Plaintiffs' FLSA claims from its May 28, 2015 memorandum opinion (Docket Entry 222), and the Court's Memorandum Opinion and Order following remand (Docket Entry 283) regarding Plaintiffs' breaches of their employment contracts incorporating the regulations governing the H-2A guestworker program. It also is based on the Court's earlier rulings partially granting Defendant Consolidated Citrus Limited Partnership's (CCLP) Motion for Summary Judgment on the Plaintiffs' claims under the minimum wage provisions of the Florida Constitution, as implemented through the Florida Minimum Wage Act (Docket Entry 162), and granting CCLP's Rule 52(c) Motions as to the named Plaintiffs' asserted individual claims for FLSA violations in the 2007–2008 season, and as to all of the Plaintiffs and class members' asserted claims for the 2009–2010 season (Docket Entry 222, at p. 32).

Based upon the parties' Joint Post-Trial Stipulation (Docket Entry 243, incorporating by reference the FLSA damage amounts from Docket Entry 233–2), CCLP is entitled to judgment as to the individual FLSA claims of Plaintiffs Porfirio Camacho Garcia, Raymundo Cruz Vicencio, Raul Ismael Estrada Gabriel, J. Carmen Gonzalez Caballero, Juvenal Gonzalez Juarez, Simon Guzman Romero, Procoro Martinez Aguilar, Alfredo Mora Martinez, Jose Jesus Romero Rojas and Luis Vega Camacho, as the parties have stipulated that these named Plaintiffs have no FLSA damages for the 2008-2009 season.

Based upon the parties' Joint Post-Trial Stipulation (Docket Entries 243–1 and 243–2), CCLP is entitled to judgment as to the breach of contract claims of certified class members Carmelino Garcia Martinez, Juan Hernandez, and Antonio Rodriguez Acevedo, as the parties have stipulated that these three class members have no contract damages for either the 2007–2008 or 2008–2009 season.

The damage awards set out below are based on the parties' Stipulation (Docket Entry 243). In addition, the parties stipulated that the Plaintiffs are not entitled to liquidated damages on their individual FLSA claims for the 2008–2009 season based on both the trial evidence and the Court's memorandum opinion. Finally, these amounts reflect the Plaintiffs' voluntary dismissal of their claims and those of the other class members for additional compensation based on the travel time between the grove entrance gate and the daily picking site, as a result of the Supreme Court's ruling in *Integrity Staffing Solutions, Inc. v. Busk*, — U.S. —, 135 S. Ct. 513 (2014).

Judgment is entered in favor of the remaining named Plaintiffs and the remaining members of the certified class and against Defendant Consolidated Citrus Limited Partnership in

the amount of $195,156.54.  This amount is divided among the named Plaintiffs and the other members of the certified class who have established damages as follows:

| Plaintiff | TOTAL DAMAGES |
|---|---|
| Luis Alberto Agapito Aguilar | $1,248.87 |
| Simon Agapito Aguilar | $725.17 |
| Ernesto Aguilar Bocanegra | $918.06 |
| Porfirio Aguilar Fabian | $1,512.19 |
| Antonio Aguilar Guerrero | $367.94 |
| Miguel Aguilar Guerrero | $1,864.67 |
| Antonio Aguilar Landeros | $563.35 |
| Gabriel Aguilar Landeros | $537.20 |
| Benjamin Aguilar Olanderos | $1,921.70 |
| Jacinto Aguilar Olanderos | $1,000.87 |
| Marcelo Aguilar Sanchez | $1,492.45 |
| Esteban Aguilon Aguilar | $100.43 |
| Jose D Sergio Aguilon Aguilar | $1,085.15 |
| Miguel Angel Aguilon Aguilar | $60.83 |
| Amado Alonso Cruz | $1,757.30 |
| Felipe Angeles Gallardo | $1,546.59 |
| Ruben Antonio Hernandez | $1,542.24 |
| Rigoberto Barron Guardado | $439.13 |
| Jose Martin Bautista Sanchez | $1,400.02 |
| Ruben Bautista Sanchez | $1,341.79 |
| Pedro Bocanegra Barrios | $217.95 |
| Eduardo Caballero Carrazco | $263.88 |
| Rodolfo Caballero Palacio | $2,684.56 |
| Juan Camacho Bautista | $1,687.19 |
| Jose Luis Camacho Garcia | $1,529.64 |
| Porfirio Camacho Garcia | $2,402.95 |
| Reynaldo Camacho Garcia | $1,399.88 |
| Emanuel Camacho Linares | $2,226.54 |
| Eduardo Camacho Ortega | $2,461.78 |
| Juan Gabriel Camacho Ortega | $883.13 |
| Manuel Camacho Ortega | $2,643.17 |

| | |
|---|---|
| Abelardo Campos Hernandez | $789.54 |
| Enrique Carballo Flores | $637.84 |
| Mario Carballo Flores | $2,465.33 |
| Jaime Carrazco Patino | $1,441.88 |
| Israel Castillo Moncada | $1,059.44 |
| Pedro Chavez Ruiz | $340.40 |
| Santos Cristobal Martinez | $1,132.16 |
| Raymundo Cruz Vicencio | $2,935.74 |
| Sabino De Leon Luna | $335.65 |
| Armando Diaz Cortes | $1,736.77 |
| German Espinoza Espinoza | $867.89 |
| J Socorro Espinoza Espinoza | $1,215.91 |
| Liborio Espinoza Espinoza | $586.99 |
| Javier Espinoza Flores | $1,271.46 |
| Francisco Espinoza Garcia | $1,176.61 |
| J Refugio Espinoza Garcia | $831.52 |
| Juan Severiano Espinoza Garcia | $986.47 |
| Fidel Espinoza Vazquez | $3,235.97 |
| Rufino Espinoza Vazquez | $1,218.77 |
| Raul Ismael Estrada Gabriel | $3,451.60 |
| Daniel Ferro Nieves | $1,366.26 |
| Jose Manuel Ferro Nieves | $1,850.91 |
| Eduardo Flores Aguilar | $859.04 |
| Moises Flores De La Cruz | $1,092.04 |
| Hermilo Francisco Montiel | $602.90 |
| Benjamin Garcia Aguilar | $896.48 |
| Pedro Garcia Aguilar | $854.78 |
| Gaudencio Garcia Celestino | $1,828.05 |
| Juan Garcia Garcia | $181.84 |
| Eladio Garcia Hernandez | $237.20 |
| Esiquio Garcia Martinez | $2,493.71 |
| Carmelino Garcia Martinez | $0.00 |
| Arturo Garcia Mata | $685.64 |
| Edilberto Garcia Resendiz | $381.02 |
| Juan Ramon Garcia Reyes | $6,151.45 |
| Sixtos Garcia Reyes | $1,053.85 |
| J Carmen Gonzalez Caballero | $2,198.96 |

| | |
|---|---|
| J Guadalupe Gonzalez Caballero | $1,146.21 |
| Atenogenes Gonzalez Cruz | $474.56 |
| Juvenal Gonzalez Juarez | $2,366.98 |
| Espiridion Gonzalez Martinez | $340.44 |
| Jose Saturnino Gonzalez Medina | $650.86 |
| Gilberto Gonzalez Morales | $872.15 |
| Julio Gonzalez Morales | $1,008.69 |
| Emir Gonzalez Perez | $682.81 |
| Arturo Granados Martinez | $1,475.14 |
| Pascual Guerrero Fabian | $625.55 |
| Simon Guzman Romero | $934.29 |
| Juan Hernandez | $0.00 |
| Antonio Hernandez Aguilar | $1,521.19 |
| Carlos Hernandez Bautista | $1,404.52 |
| Luis Adan Hernandez Bautista | $1,715.22 |
| Omar Hernandez Espinza | $987.77 |
| Aurelio Hernandez Hernandez | $494.04 |
| Benito Felipe Hernandez Hernandez | $541.54 |
| Genaro Hernandez Hernandez | $549.39 |
| Pablo Hernandez Medina | $387.34 |
| Abel Hernandez Raya | $2,800.28 |
| Benito Hernandez Rincon | $559.39 |
| Eudocio Tobias Hernandez Rincon | $732.52 |
| Miguel Angel Hernandez Rodriguez | $1,168.57 |
| Ismael Hernandez Sanchez | $1,559.58 |
| Atanasio Hernandez Tinajero | $322.99 |
| Francisco Hernandez Tinajero | $1,769.02 |
| Gildardo Hernandez Trejo | $1,018.53 |
| Carlos Manuel Hernandez Vazquez | $1,274.85 |
| Francisco Juan Fernando | $1,086.00 |
| Andres Landaverde Camacho | $318.61 |
| Juan Landaverde Camacho | $1,566.86 |
| Ismael Landaverde Sanchez | $1,861.96 |
| Margarito Leon Lopez | $1,523.51 |
| Primitivo Linares Jimenez | $497.28 |
| Margarito Linares Nieto | $1,621.39 |
| Gildardo Lopez Rea | $1,787.28 |

| | |
|---|---|
| Antonio Martinez | $3,947.67 |
| Procoro Martinez Aguilar | $118.93 |
| Rafael Martinez Arreola | $1,303.34 |
| Benito Martinez Garcia | $1,953.96 |
| Silvestre Martinez Hernandez | $897.96 |
| Camilo Martinez Zuniga | $1,213.25 |
| J Felix Mata Chavero | $989.57 |
| Francisco Mata Cruz | $1,638.55 |
| Obed Montes Resendiz | $2,299.79 |
| Alfredo Mora Martinez | $480.38 |
| Ismael Morales Antonio | $2,245.41 |
| Lazaro Morales Antonio | $1,450.38 |
| Roberto Ordonez Vega | $271.79 |
| Jose Ramirez Garcia | $642.56 |
| Vicente Ramirez Hernandez | $632.82 |
| Heron Rendon Ramirez | $2,244.35 |
| Juaquin Resendiz Alvarez | $1,258.71 |
| Valentin Rincon Resendiz | $1,719.27 |
| Armando Rivera Soria | $301.48 |
| Antonio Rodriguez Acevedo | $0.00 |
| Rafael Rodriguez Acevedo | $2,314.24 |
| Ricardo Rodriguez Gonzalez | $1,556.39 |
| Inocente Rodriguez Hernandez | $1,489.21 |
| Sergio Rodriguez Hernandez | $287.52 |
| Antonio Rodriguez Rodriguez | $1,358.35 |
| Jesus Rojas Maldonado | $1,834.90 |
| Jose Jesus Romero Rojas | $1,492.59 |
| Jaime Ruiz Aguillon | $2,669.39 |
| Antonio Ruiz Landaverde | $104.49 |
| Emiliano Ruiz Landaverde | $894.39 |
| Ramon Ruiz Landeros | $1,164.43 |
| Martin Ruiz Olanderos | $978.44 |
| Julio Ruiz Ruiz | $227.87 |
| Carlos Saavedra Hernandez | $1,960.65 |
| Samuel Sanchez Aguilar | $303.89 |
| Palemon Sanchez Huerta | $2,105.63 |
| Reynaldo Sanchez Ibarra | $1,499.39 |

| | |
|---|---|
| Gabriel Sanchez Leal | $2,038.51 |
| Miguel Sanchez Morales | $1,195.44 |
| Gerardo Sanchez Vega | $528.99 |
| Isidro Sanchez Vega | $911.04 |
| Jose Everto Serrano Munoz | $1,504.13 |
| Jose Alfredo Sierra Hernandez | $887.17 |
| Miguel Angel Sierra Hernandez | $552.54 |
| Daniel Silva Calderon | $745.40 |
| Clemente Tinajero Landeros | $378.48 |
| Manuel Tinajero Landeros | $2,279.27 |
| Salvador Tolentino Del Valle | $471.60 |
| Juan Trejo Camacho | $938.13 |
| Luis Vega Camacho | $2,928.48 |
| Gumbercindo Victoriano Santiago | $813.99 |
| Nicolas Villalba Sanchez | $945.18 |
| Nicolas Villalon Torres | $261.05 |

The components of these damage awards are set out in previously submitted charts prepared by the parties (Docket Entries 243-1 and 243-2, and parts of Docket Entries 233-1 and 233-2).

The Court retains jurisdiction over any remaining dispute among the parties concerning attorneys' fees.  It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: June 8, 2017
       Chicago, Illinois