UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GAUDENCIO GARCIA-CELESTINO *et al.*
individually and on behalf of
all other persons similarly situated,

        Plaintiffs,

vs.

CONSOLIDATED CITRUS
LIMITED PARTNERSHIP,

        Defendant

CIVIL ACTION
No. 2:10-cv-00542-MEA-DNF

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **Robert K. Dwyer** hereby enters his appearance as counsel of record for PLAINTIFFS. All correspondence, pleadings, and other materials filed or issues in this cause should be directed to the undersigned as counsel of record at the address listed below.

Dated this 23rd day of August 2018.

        Respectfully submitted,

        */s/* **Robert K. Dwyer**
        **Robert K. Dwyer**
        Florida Legal Services, Inc.
        122 E. Colonial Ave. Suite 100
        (407) 801-4679
        Robert@Floridalegal.org
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of August, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Nicolette L. Bidarian, Esquire, and David J. Stefany, Esquire, Allen Norton & Blue, P.A., Hyde Park Plaza, Suite 225, 324 South Hyde Park Avenue, Tampa, Florida 33606 (nbidarian@anblaw.com and dstefany@anblaw.com), counsel of record for Defendants.

                                          **/s/ Robert K. Dwyer**