UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GAUDENCIO GARCIA-CELESTINO, individually and on behalf of all other persons similarly situated, RAYMUNDO CRUZ-VICENCIO, individually and on behalf of all other persons similarly situated, RAUL ISMAEL ESTRADA-GABRIEL, individually and on behalf of all other persons similarly situated, DANIEL FERRO-NIEVES, individually and on behalf of all other persons similarly situated, JOSE MANUEL FERRO-NIEVES, individually and on behalf of all other persons similarly situated, FELIPE ANGELES GALLARDO, individually and on behalf of all other persons similarly situated, SIMON GUZMAN-ROMERO, individually and on behalf of all other persons similarly situated, FRANCISCO MATA-CRUZ, individually and on behalf of all other persons similarly situated, ERNESTO AGUILAR-BOCANEGRA, PORFIRIO AGUILAR-FABIAN, MIGUEL AGUILAR-GUERRERO, RODOLFO CABALLERO-PALACIO, PORFIRIO CAMACHO-GARCIA, REYNALDO CAMACHO-GARCIA, EMANUEL CAMACHO-LINARES, EDUARDO FLORES-AGUILAR, ESIQUIO GARCIA-MARTINEZ, J. CARMEN GONZALEZ-CABALLERO, JUVENAL GONZALEZ-JUAREZ, ESPIRIDION GONZALEZ-MARTINEZ, PASCUAL GUERRERO-FABIAN, ANTONIO

MARTINEZ, PROCORO MARTINEZ-AGUILAR, ALFREDO MORA-MARTINEZ, ALVARES JUAQUIN RESENDIZ-ALVARES, JESUS ROJAS MALDONADO, JOSE JESUS ROMERO ROJAS, MARTIN RUIZ-OLANDEROS, RAMON RUIZ-LANDEROS, REYNALDO SANCHEZ-IBARRA, PALEMON SANCHEZ-HUERTA, MIGUEL SANCHEZ-MORALES, URBANO SANCHEZ-RODRIGUEZ, LEOPOLDO TREJO-CARRILLO, ISRAEL UGALDE-EGUIA, ROBERTO VASQUEZ-ESCOBAR, and LUIS VEGA-CAMACHO,

     Plaintiffs,

v.                          Case No:   2:10-cv-542-FtM-MEA-MRM

CONSOLIDATED CITRUS LIMITED PARTNERSHIP,

     Defendant.

## ORDER

This matter comes before the Court on remand from the Eleventh Circuit (Doc. #290) vacating the Judgment Order (Doc. #286) entered on June 8, 2017, in favor of plaintiffs, and remanding for the entry of judgment in favor of defendant on the breach of contract claim because defendant was not plaintiffs' joint employer under common law.  Mandate (Doc. #294) issued on August 31, 2018.

The Eleventh Circuit previously affirmed to the extent that the district court held that defendant was a joint employer for purposes of the FLSA claims, but reversed the determination that

the FLSA standard applied to the breach of contract claims to determine if defendant was a joint employer under the H-2A program. The case was remanded for the district court to apply common law principles of agency to the breach of contract claims. (Doc. #270.) On remand, the district court again found that defendant qualified as a joint employer. (Doc. #283.) It was this latter decision that was vacated for the entry of judgment in favor of defendant.

Accordingly, it is hereby

**ORDERED:**

1. The Memorandum Opinion and Order (Doc. #283) and Judgment Order (Doc. #286) are **vacated** and the Clerk shall make a notation.

2. The Clerk shall enter an amended judgment in favor of Consolidated Citrus Limited Partnership and against plaintiffs on the breach of contract claims.

**DONE and ORDERED** at Fort Myers, Florida, this __12th__ day of September, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record