**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| GAUDENCIO GARCIA-CELESTINO, *et al.,* individually and on behalf of all other persons similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 2:10 C 542 – MEA – MRM Hon. Marvin E. Aspen |
| v. | ) ) | |
| CONSOLIDATED CITRUS LIMITED PARTNERSHIP, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

MARVIN E. ASPEN, District Court Judge:

On September 14, 2018, Plaintiffs filed a motion for attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 4.18. (Dkt. No. 300.) Defendant shall file a response to the motion on or before October 2, 2018. Plaintiffs may file a reply brief on or before October 9, 2018.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated: September 18, 2018
Chicago, Illinois

1