UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

| | |
|---|---|
| GAUDENCIO GARCIA-CELESTINO, *et al.*, individually and on behalf of all other persons similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**CONSOLIDATED CITRUS LIMITED PARTNERSHIP,**<br><br>**Defendant.** | No.: 2:10-cv-542-MEA-DNF |

## PLAINTIFFS MOTION FOR ENTRY OF JUDGMENT

Plaintiffs move pursuant to Fed. R. Civ. P. 58(d) to request the court to order the Clerk's office to enter judgment against Defendant Consolidated Citrus and in favor of Plaintiffs in the following amounts:

1. Two thousand seven hundred twenty two and twenty cents ($2,722.20) for FLSA damages pursuant to the parties stipulation. DE 308.

2. Two thousand eight hundred ninety two and sixty cents ($2,892.60) in trial attorney fees. DE 308.

3. Sixteen thousand six hundred fifteen and seventy cents ($16,615.70) in appellate attorneys fees. DE 308.

4. Twenty eight thousand one hundred ninety four and eighty two cents ($28,194.82) for costs. DE 308.

Rule 58 expressly provides that a separate judgment must be entered.

Dated: June 7, 2019                                      Respectfully submitted,

                                                                          **/s/ Robert K. Dwyer**
                                                                          **Robert K. Dwyer**
                                                                          Florida Legal Services, Inc.
                                                                          122 E. Colonial Ave. Suite 100
                                                                          (407) 801-4679
                                                                          Robert@Floridalegal.org
                                                                          Attorneys for Plaintiff

#### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to David J. Stefany, Esquire, Allen Norton & Blue, P.A., Hyde Park Plaza, Suite 225, 324 South Hyde Park Avenue, Tampa, Florida 33606; dstefany@anblaw.com, counsel of record for Defendants.

                                                                          **/s/ Robert K. Dwyer**