UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**GAUDENCIO GARCIA-CELESTINO, et al.,**
**individually, and on behalf of all other persons**
**similarly situated,**

    **Plaintiffs,**

v.                                          Case No. 2:10-cv-00542-MEA-UAM

**CONSOLIDATED CITRUS LIMITED PARTNERSHIP,**

    **Defendant.**
_____/

**LOCAL RULE 3.08 NOTICE**
**OF SETTLEMENT**

Plaintiffs Ernesto Aguilar Bocanegro, Porfirio Aguilar Fabian, Miguel Aguilar Guerrero, Felipe Angeles, Rodolfo Caballero Palacio, Reynaldo Camacho Garcia, Daniel Ferro Nieves, Jose Miguel Ferro Nieves, Eduardo Flores Aguilar, Gaudencio Garcia Celestino, Esiquio Garcia Martinez, Espiridon Gonzalez Martinez, Pascual Guerrero Fabian, Antonio Martinez, Francisco Mata Cruz, Juaquin Resendiz Alvarez, Jesus Rojas Maldonado, Ramon Ruiz Landeros, Martin Ruiz Olanderos and Defendants Consolidated Citrus Limited Partnership,, by and through their respective undersigned counsel and pursuant to Rule 3.08, Local Rules for the Middle District of Florida, hereby notify the Court that a settlement has been reached which settles all pending issues of Plaintiffs, and request that the case be administratively closed.

Date:   July 15, 2019

2

For the Remaining Plaintiffs, the FLSA Plaintiffs,
and for FLS:

| | |
|---|---|
| /s/ Robert K. Dwyer | 07/15/2019 |
| Robert K. Dwyer | Date signed |

Florida Bar Number 894257
Florida Legal Services, Inc.
P.O. BOX 533986
Orlando, Florida 32853
Telephone:     (407) 801-4679
e-mail:            Robert@Floridalegal.Org

For Consolidated Citrus Limited Partnership:

| | |
|---|---|
| /s/ David J. Stefany | 07/15/2019 |
| David J. Stefany | Date signed |

Florida Bar Number 438895
ALLEN, NORTON & BLUE, P.A.
324 S. Hyde Park Avenue, Suite 225
Tampa, Florida  33606-4127
Telephone:     (813) 251-1210
Facsimile:      (813) 253-2006
e-mail:            dstefany@anblaw.com

2